[No. 6476–0–III. Division Three. November 21, 1985.]

LYNEL BRAAT, *Appellant*, v. BOISE CASCADE CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Walla

Walla County, No. 82–2–00268–3, Yancey Reser, J., entered April 30, 1984. *Reversed* and *remanded* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.